TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*David Wilcoxson*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Wilcoxson, | Case No.: |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| Portfolio Recovery Associates, L.L.C. a Delaware company, | **JURY TRIAL DEMAND** |
| Defendant. | |

1

NOW COMES THE PLAINTIFF, DAVID WILCOXSON, BY AND THROUGH COUNSEL, TRINETTE G. KENT, and for his Complaint against the Defendant, pleads as follows:

## JURISDICTION

1. This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

## VENUE

2. The transactions and occurrences which give rise to this action occurred in the City of Phoenix, Maricopa County, Arizona.

3. Venue is proper in the District of Arizona, Phoenix Division.

## PARTIES

4. The Defendant to this lawsuit is Portfolio Recovery Associates, L.L.C., which is a Delaware company that maintains its registered agent in the City of Phoenix, in Maricopa County, Arizona.

## GENERAL ALLEGATIONS

5. On or about March 31, 2016, Mr. Wilcoxson obtained his Experian credit file and noticed that Defendant reported an alleged debt with account number 403784003907**** in the amount of $3,662.00 for a debt allegedly owed to U.S. Bank, National Association (the "Debt").

6. On or about April 13, 2016, Mr. Wilcoxson submitted a letter to Defendant, disputing the alleged Debt.

7. The following companies obtained Mr. Wilcoxson's Experian credit file on the following dates after the dispute letter was sent to Defendant:

   a. Credit Communications. It obtained his Experian credit file on April 19, 2016, May 11, 2016, and June 10, 2016;
   b. Capital One Bank. It obtained his Experian credit file on May 2, 2016; and
   c. Intersections, Inc. It obtained his Experian credit file on May 10, 2016.

8. On or about June 14, 2016, Mr. Wilcoxson obtained his Experian credit file, which showed that Defendant failed to report the alleged Debt as disputed, in violation of the FDCPA.

## COUNT I-VIOLATION OF

## THE FAIR DEBT COLLECTION PRACTICES ACT

9. Plaintiff reincorporates the preceding allegations by reference.

10. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

11. Plaintiff is a "consumer" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

12. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

13. Defendant's foregoing acts in attempting to collect this alleged debt violated the following provisions of the FDCPA:

   a. 15 U.S.C. §1692e(8) by communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed.  Defendant did this when it failed to flag its accounts as disputed on Mr. Wilcoxson's Experian credit file after third parties obtained his Experian credit file.

14. The Plaintiff has suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant him a judgment against Defendant for actual damages, costs, interest, and attorneys' fees.

## **DEMAND FOR JUDGMENT RELIEF**

Accordingly, Plaintiff requests that the Court grant him the following relief against the Defendant:

   a. Actual damages;

   b. Statutory damages; and

   c. Statutory costs and attorneys' fees.

4

## **JURY DEMAND**

Plaintiff hereby demands a trial by Jury.

DATED: September 7, 2016

                                      KENT LAW OFFICES

                            By: */s/   Trinette G. Kent*
                            Trinette G. Kent
                            Attorneys for Plaintiff,
                            David Wilcoxson