# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Wilcoxson, | Case No.: CV-16-03000-PHX-DMF |
| Plaintiff, | **ORDER** |
| v. | |
| Portfolio Recovery Associates LLC, | |
| Defendant. | |

The Court has been advised that the parties have agreed to settle this case and are finalizing settlement documents (Doc. 13).

Accordingly, and for good cause,

**IT IS THERREFORE ORDERED** that this matter, without further Order of this Court, be dismissed sixty days from the date of the filing of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to terminate this matter on sixty days from the date of the filing of this Order, without further order of the Court, unless the parties have filed a stipulation for dismissal before that time.

Dated this 10th day of November, 2016.

Honorable Deborah M. Fine
United States Magistrate Judge